IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTIRCT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| TRACY CURRY, | ) |
| | ) |
|     Plaintiff, | ) |
| | )   Case No. 2:20-CV-04101-BCW |
| v. | ) |
| | ) |
| LOWE'S HOME CENTERS, LLC | ) |
| | ) |
|     Defendant. | ) |

## STIPULATION FOR DISMISSAL

NOW COME Plaintiff, TRACY CURRY, and Defendant, LOWE'S HOME CENTERS, LLC, by and through their attorneys, and having settled all matters in controversy, hereby stipulate that this case and all of Plaintiff's claims therein shall be dismissed with prejudice. Each party to bear their own costs.

Dated this 17th day of March, 2021.

| | |
|---|---|
|     */s/ Brandon C. Potter* |     */s/ Jessica A. Brasel* |
| Brandon C. Potter, MO #52232 | Jessica A. Brasel, MO #56418 |
| Aaron Sachs & Associates, P.C. | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| 3271 East Battlefield Road, Suite 350 | Mark Twain Plaza II |
| Springfield, Missouri 65804 | 103 W. Vandalia Street, Suite 300 |
| Telephone: 417.889.1400 | Edwardsville, Illinois 62025 |
| Facsimile: 417.990.5359 | Telephone: 618.307.7298 |
| bpotter@autoinjury.com | Facsimile: 618.692.6099 |
| | Jessica.Brasel@lewisbrisbois.com |
| ATTORNEYS FOR PLAINTIFF | |
| TRACY CURRY | ATTORNEYS FOR DEFENDANT |
| | LOWE'S HOME CENTERS, LLC |